UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 16-CR-60102-UU

UNITED STATES OF AMERICA

v.

GILBERTO VILLANUEVA, JR.,

    Defendant.
_____/

### ORDER ON *IN CAMERA* REVIEW

THIS CAUSE is before the Court upon Government's notice filed under seal in compliance with the Court's Order (D.E. 56).

THE COURT, having reviewed the Government's sealed notice, finds that the information contained therein need not be disclosed to the Defendant unless the Government intends to call the confidential informant as a witness at trial.

DONE AND ORDERED in Chambers in Miami, Florida, this 14th day of October, 2016.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record